IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE NO.: |
| | : | 4:15-cv-00176-HLM-WEJ |
| QUALITY SOLUTIONS, LLC, | : | |
| | : | |
| Defendant. | : | |

## CONSENT DECREE

This action was instituted by the Equal Employment Opportunity Commission (the "EEOC" or the "Commission") against Defendant Quality Solutions, LLC ("Quality") pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* (hereinafter "Title VII"), and the Civil Rights Act of 1991, 42 U.S.C. § 1981(a), to remedy the alleged wrongful practices identified in the Complaint and Amended Complaint filed in this action.

The Commission alleges in the foregoing civil action that Quality acted unlawfully by subjecting Kayla Medeiros to discrimination based on her pregnancy in violation of Title VII. In its Complaint and Amended Complaint, the Commission sought make-whole relief including, but not limited to, back pay with

1

interest, compensatory damages, punitive damages, and injunctive and other affirmative relief.

Quality denies that it violated Title VII as alleged by the Commission in its Complaint and Amended Complaint. Quality also denies that the Commission and Kayla Medeiros should be awarded any relief in this matter. The parties to this action desire to avoid the additional expense, delay, and uncertainty that would result from the continuance of this litigation, and desire to formulate a plan to be embodied in this Consent Decree that will promote and effectuate the purposes of Title VII. The parties want to conclude fully and finally all claims arising out of the Commission's Complaint and Amended Complaint. They enter into this Consent Decree to further the objectives of Title VII and equal employment opportunity.

This Court has jurisdiction over the subject matter of this action and over the parties to this action, as the employment practices alleged to be unlawful in the Complaint filed herein occurred within the jurisdiction of the Northern District of Georgia, Rome Division.

This Court has reviewed the terms of the proposed Consent Decree in light of the pleadings and the applicable law and regulations, and has approved this Consent Decree as one that will promote and effectuate the purposes of Title VII.

2

Now, therefore, this Court being fully advised in the premises, it is hereby ORDERED, ADJUDGED, AND DECREED:

## I. JURISDICTION AND VENUE

Jurisdiction of this Court is pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized pursuant to Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981(a).

## II. DISCLAIMER OF VIOLATION

It is understood and agreed that the negotiation, execution, and entry of this Consent Decree by the parties shall not constitute an adjudication or finding on the merits of this case, and shall not be construed as an admission by either party with respect to the claims asserted in this case. Nothing in this Consent Decree shall be admissible in any other judicial or administrative proceeding for any purpose except to enforce the terms of this Consent Decree.

## III. NON-DISCRIMINATION PROVISION

Defendant, including its officers, agents, managers, members, supervisors, successors and assigns, and all those in active concert or participation with it, are enjoined from discriminating against any individual because of their pregnancy. Defendant agrees to comply with Title VII, and that all employment practices,

3

including assignment of hours and work shifts, hiring, discharge, and promotion, and all other terms and conditions of employment shall be conducted in a manner that does not discriminate on the basis of pregnancy status.

## IV.   NON-RETALIATION PROVISION

Defendant, including its officers, agents, managers, members, supervisors, successors and assigns, and all those in active concert or participation with it, are enjoined from retaliating against any person because that person is a beneficiary of this Consent Decree, or has provided information or assistance, or has participated in any other manner, in any investigation or proceeding relating to this Consent Decree. Defendant agrees that it will not discriminate against any employee for engaging in protected activity under Title VII.

## V.   INSTRUCTION TO MANAGEMENT

Within thirty (30) days from the entry of this Consent Decree, Quality shall certify, in writing, to the EEOC that all of its owners, members, managers, and its management and supervisory personnel have been instructed as to the terms of this Consent Decree (other than the monetary amount of the settlement), and the full meaning of the provisions of the Notice to be posted, and that Quality has reaffirmed with these employees that discrimination based on pregnancy and retaliation will not be tolerated.  All written certification required by this Section

4

shall be addressed to Regional Attorney, EEOC Atlanta District Office, 100 Alabama Street SW, Suite 4R30, Atlanta, Georgia 30303.

## VI.   **TRAINING**

During the term of this Consent Decree, Quality shall hold three (3) training sessions over the next two (2) years, the cost of which is to be borne by Quality, to be attended by every employee (including all supervisory and management personnel whether in the field or in the office, and all office personnel; but, not including temporary staffing personnel who are simply placed at client sites for limited work assignments and have no supervisory authority) on their rights and obligations arising under Title VII, including, but not limited to, Quality's obligations under Title VII, and what the EEOC is and its role in enforcing Title VII, with a special emphasis on pregnancy discrimination. The first of the above-referenced training sessions shall be completed within ninety (90) days of the entry of this Consent Decree, the second training session shall be completed a year after the first session, and the third and final training session shall be completed six months after the second training session and prior to the expiration of the Consent Decree. Quality shall also re-distribute its EEO policies to its employees in advance of this training.

Quality shall provide written certification to the Commission of training

5

completed pursuant to this Section within fifteen (15) days following completion of training. The certification shall include the name(s) and qualifications of the person(s) providing instruction, names and job titles of attendees, length of training, and the training topics. If written materials are utilized, the Commission shall be supplied with a copy of such materials.

All written notice and certification required by this Section of the Consent Decree shall be addressed and forwarded to: Regional Attorney, EEOC Atlanta District Office, 100 Alabama Street SW, Suite 4R30, Atlanta, Georgia 30303.

## VII.   CREATION OF PERSONNEL POLICY

Quality currently does not have a written personnel policy that addresses employment discrimination. Quality shall draft and distribute such a personnel policy covering all forms of employment discrimination, including, but not limited to, pregnancy discrimination and other types of discrimination prohibited by Title VII within thirty (30) days of the entry of this Consent Decree by the Court. This personnel policy shall also include a reporting mechanism for employees who want to report claims of employment discrimination.

## VIII. REPORTING REQUIREMENT

Annually, for the duration of this Consent Decree, Quality shall certify in writing to the Atlanta Regional Attorney whether any employee has complained

6

about pregnancy discrimination or filed an internal or external complaint of pregnancy discrimination. If an employee has so complained, then the summary report shall include the following information:

    (a)    The date of the complaint or report;

    (b)    The name of the person making the complaint or report;

    (c)    The name and title of the person against whom the complaint or report was made;

    (d)    The nature of the complaint or report;

    (e)    The name and title of the Quality official to whom the complaint or report was made;

    (f)    A description of how the complaint or report was resolved by Quality, including any personnel action(s) taken by Quality in response to the complaint or report.

The required report shall be addressed and forwarded to: Regional Attorney, EEOC Atlanta District Office, 100 Alabama Street SW, Suite 4R30, Atlanta, Georgia 30303.

## IX.  **NOTICES TO BE POSTED**

Upon entry of this Consent Decree and continuing until the expiration date specified in Section XI herein, Quality shall keep posted at all of its offices a copy

7

of the Notice attached to this Consent Decree (as Attachment A). The posting required by this paragraph shall also be conspicuously displayed so that each employee shall have the opportunity to observe at least one such posting. Quality will fulfill the posting and distribution requirement within fifteen (15) days of the entry of this Consent Decree and shall certify, within thirty (30) days of such date, that this posting has been accomplished. In addition, each temporary employee placed by Quality will be given a copy of the posting when he or she is placed in a job by Quality.

Quality shall not withhold the right of the EEOC to enter upon its premises to monitor compliance with this Section, provided that the EEOC provide forty-eight (48) hours notice to Quality of any such visit. Should the Notice become defaced, marred, or otherwise unreadable, Quality will ensure that a new, readable copy of the Notice is posted in the same manner as heretofore specified within five (5) working days of discovering the defective Notice.

## X.    CLAIMANT'S INDIVIDUAL RELIEF

Quality, in settlement of all claims alleged by the Commission in its Complaint and Amended Complaint, shall pay Kayla Medeiros $22,500 (which shall be allocated as $2,500 in back pay and $20,000 in compensatory damages), less any applicable taxes, withholdings, and other deductions required by law.

8

Checks shall be issued to Kayla Medeiros within fifteen (15) days of the date on which this Consent Decree is entered by the Court. Within five (5) business days of issuing the check(s), Quality will mail a copy of the check(s) to: Regional Attorney, EEOC Atlanta District Office, 100 Alabama Street SW, Suite 4R30, Atlanta, Georgia 30303.

## XI.   TERM OF DECREE AND PERIOD OF JURISDICTION

This Consent Decree shall continue to be effective and binding upon the parties to this action for a period of twenty-four (24) calendar months immediately following the entry of the Consent Decree, provided that all remedial benefits required hereby have been received or offered prior to its expiration and provided further, that all required reports and certifications are submitted at least thirty (30) days before the expiration date of the Consent Decree.  If required reports are not submitted within thirty (30) days of the expiration date or if the remedial benefits are not received or offered, the Consent Decree will be automatically extended until these provisions are completed.

Upon the Court's execution and entry of this Consent Decree, this case shall be dismissed with prejudice. However, this Court shall retain jurisdiction over this action for the purposes of clarifying and enforcing this Consent Decree and for any other appropriate or equitable purposes for twenty-four (24) calendar months from

9

the date of entry of this Consent Decree, unless the Court acts or the Commission has, prior to the expiration of said twenty-four (24) calendar month period, moved to enforce compliance with the Consent Decree. If the Court acts or the Commission has moved to enforce compliance with this Consent Decree within this period, this Court shall retain jurisdiction of this action until all issues relating to all such motions that are made during the twenty-four (24) month period have been resolved. At the expiration of the twenty-four (24) period of jurisdiction, if all obligations have been performed by the parties under this Consent Decree, and no disputes regarding compliance remain unresolved, then the Consent Decree shall operate as an automatic dismissal with prejudice.

## XII.   COMPLIANCE OFFICIAL

Quality has designated Ashley Gazaway to be its Compliance Official. The Compliance Official is to be responsible for coordinating and overseeing Quality's compliance with the specific terms of this Consent Decree.

## XIII. PROCEDURE FOR ENFORCING COMPLIANCE

The parties will attempt to resolve any disputes regarding the enforcement of this Consent Decree by informal consultation and/or mediation before seeking enforcement through the judicial process. The Commission will notify, in writing by first-class mail and facsimile, Quality's Compliance Official if it has any reason

10

to believe that any act or omission by Quality is in violation of the Consent Decree. Quality shall have thirty (30) days after the receipt of such notification to cure any such alleged deficiency, and to notify the Commission, by written report addressed to the Regional Attorney at the EEOC's Atlanta District Office, of the measures taken to cure the alleged deficiencies.

If upon receipt of Quality's report, the Commission concludes that the deficiency has not been satisfactorily cured by Quality, the Commission shall seek to resolve the alleged deficiency through good faith conciliation or mediation. If the alleged deficiency is not resolved within thirty (30) days after the initiation of such good faith conciliation or mediation process, then the Commission may seek enforcement of this Consent Decree through the judicial process.

Nothing in this agreement shall be deemed to prohibit any matter which occurred during the term of this Consent Decree, and which constitutes a dispute as contemplated by this Section, from being fully and completely resolved in the manner described in this Section, even if the term of the Consent Decree expires prior to thirty (30) days after the initiation of good faith conciliation or mediation as set forth in this Section.

## XIV.  OTHER ACTIONS

The Commission shall not commence or prosecute Quality for any action or

11

other proceeding based upon any claims, demands, causes of action, obligations, damages or liabilities that arose out of Kayla Medeiros' claim that she was subjected to discrimination in violation of Title VII. This Consent Decree in no way affects the Commission's right to process any pending or future charges that may be filed against Quality in accordance with standard Commission procedures, and to commence and prosecute civil actions pursuant to Title VII (or any other statutes enforced by the Commission) on any such charges. Nothing in this Consent Decree shall be construed to limit or reduce Quality's obligation to fully comply with Title VII or the regulations promulgated pursuant thereto. Nothing herein shall preclude the Commission from bringing an action to enforce the provisions of this Consent Decree.

## XV.   COSTS AND ATTORNEYS FEES

The EEOC and Quality shall each bear their own respective costs and attorneys' fees for this action.

The parties hereto and undersigned attorneys of record for the parties in the above-styled action hereby consent to the entry of the foregoing Consent Decree.

12

**BY CONSENT**:

Counsel for Plaintiff:     /s/ Robert K. Dawkins
Robert K. Dawkins, Esq.
Georgia Bar No: 076206

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION- Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303

Counsel for Defendant:    /s/ William E. Grob
William E. Grob, Esq. (by RKD w/permission)
Georgia Bar Number 312902

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602

SO ORDERED, this the ___18___ day of _February_, 2016.

_____
United States District Court Judge
Northern District of Georgia, Rome Division

# N O T I C E

1.  This notice is being posted as part of the remedy agreed to between Quality Solutions, LLC, and the Equal Employment Opportunity Commission, EEOC, in a consent decree filed in the United States District Court, Rome, Georgia, Civil Action Number: 4:15-cv-00176-HLM-WEJ.

2.  Federal Law requires, in general, that employers not discriminate against their employees based on their pregnancy.

3.  Quality Solutions, LLC supports and will continue to comply with such Federal Law in all respects and will not retaliate against employees because they have exercised their rights under the law.

4.  This notice will remain posted for twenty-four (24) months.

Individuals are free to make complaints of employment discrimination to the United States Equal Employment Opportunity Commission, Atlanta District Office, 100 Alabama Street, Suite 4R30, Atlanta, Georgia 30303.

Signed this, the _____ day of _____, 2016.

_____

On Behalf of Quality Solutions, LLC

14